IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Alex Gonzales, Sr.,** Individually and as Next Friend to minor child Z.A.G. and **Elizabeth Herrera** (aka Elizabeth Gonzales) Individually and as Next Friend to minor child Z.A.G. §§§§§§§§ Plaintiff, v. **Luis Serrato and Gabriel Gutierrez** Defendants. | Case no. 1:23-cv-00009-RP |

## MOTION TO WITHDRAW
## SCOTT M. HENDLER AS COUNSEL OF RECORD FOR PLAINTIFFS

COMES NOW Scott M. Hendler of HENDLER FLORES LAW, PLLC and respectfully requests that he be permitted to withdraw as counsel of record for Plaintiffs in this matter.

WHEREFORE, Scott M. Hendler and Hendler Flores Law, PLLC seek leave of Court to withdraw as counsel of record for Plaintiffs and simultaneously requests the clerk of Court remove his name from the list of persons authorized to receive electronic notices in this case.

**Dated: April 11, 2023**

Respectfully submitted,
HENDLER FLORES LAW, PLLC

_/s/ Scott M. Hendler_
Scott M. Hendler - Texas Bar No. 9445500
shendler@hendlerlaw.com
901 S. MoPac Expressway
Bldg. 1, Suite #300
Austin, Texas 78746
Telephone: (512) 439-3200
Facsimile: (512) 439-3201

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record via the Court's CM/ECF system on April 11, 2023.

_____
Scott M. Hendler